UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL S. WHITE,

    Plaintiff,

    v.

MARSHA A. WHARFF, et al.,

    Defendants.
_____/

No. C 06-6884 PJH

**ORDER DISMISSING CASE AND NOTICE OF ENTRY OF JUDGMENT**

    The complaint in this action was originally filed in the Superior Court of California, County of Mendocino, on June 23, 2006, and was removed to this court on July 3, 2006, by the United States, as case No. C-06-4137 PJH. On September 28, 2006, the court remanded the case, on the ground that the United States was not a party to the action at the time it filed the notice of removal. On October 27, 2006, the Mendocino County Superior Court granted the United States' motion to intervene, and the case was removed again on November 3, 2006.

    When the case was removed for the second time, it was given a new case number – case No. C-06-6884 PJH. The case was also ordered related to case No. C-06-4137 PJH. Defendants moved to dismiss in case No. C-06-4137 PJH. On January 24, 2007, the court dismissed the claims against the United States for lack of subject matter jurisdiction, and dismissed the claims against Marsha A. Wharff, Mendocino County Recorder, for failure to

state a claim.  Also on January 24, 2007, the order of dismissal and the judgment were entered in case No. C-06-4137 PJH.

Because case No. C-06-6884 PJH and case No. C-06-4137 PJH are the same case, the order of dismissal also disposes of the above-entitled action.  Moreover, the judgment entered in case No. C-06-4137 PJH also serves as a judgment in C-06-6884 PJH.

**IT IS SO ORDERED.**

Dated: January 24, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge

2